1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10

11   David Lotich,                          ) CASE NO.: 5:13-cv-00536-SVW-DTB
                                            )
12              Plaintiff                   ) ORDER DISMISSING ACTION
                                            ) PURSUANT TO NOTICE OF
13              vs.                         ) SETTLEMENT
                                            )
14   Lowe's HIW Inc et al,                  )
                                            )              JS - 6
15              Defendant.                  )
                                            )
16   _____   )

17          The Court having been advised by the parties that the above-entitled action has

18   been settled;

19          IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

20

21          IT IS SO ORDERED.

22

23   Dated:  September 19, 2013
                                            _____
24                                          STEPHEN V. WILSON
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28